AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Jung, William F. | 2. Court or Organization<br><br>United States District Court for the Middle Disrict Florida | 3. Date of Report<br><br>04/13/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| U.S. District Court<br>801 N. Florida Ave.<br>Tampa, Fl. 33602 |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | J | T | | | | | |
| 3. Charles Schwab (cash) | A | Interest | K | T | | | | | |
| 4. U.S. Treasury T- note | A | Interest | | | Redeemed | 08/17/20 | J | | |
| 5. U.S. Treasury TIPS | A | Interest | | | Redeemed (part) | 01/15/20 | K | | |
| 6. U.S. Treasury TIPS | A | Interest | J | T | | | | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. Fidelity Freedom Fund (FFYWX) | C | Int./Div. | N | T | | | | | |
| 9. Fidelity Int'l Index (FSPSX) | B | Int./Div. | L | T | | | | | |
| 10. Fidelity Asset Mgr (FASMX) | A | Int./Div. | L | T | | | | | |
| 11. Fidelity 4 in 1 Fund (FFNOX) | C | Int./Div. | M | T | | | | | |
| 12. Fidelity Balanced Fund (FBALX) | A | Int./Div. | L | T | | | | | |
| 13. Ishares TIPS fund (TIP) | A | Interest | K | T | | | | | |
| 14. SPDR Inflation Govt. Bond fund (WIP) | A | Interest | K | T | | | | | |
| 15. IRA #2 (H) | | | | | | | | | |
| 16. FDIC insured deposit Huntington Bank | A | Interest | J | T | | | | | |
| 17. Fidelity Freedom Fund (FFTWX) | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Vanguard Int'l ETF (VWO) | A | Dividend | K | T | | | | | |
| 19.  Disney common stock (DIS) | A | Dividend | K | T | | | | | |
| 20.  Pepsico common stock (PEP) | A | Dividend | K | T | | | | | |
| 21.  IRA #3 (H) | | | | | | | | | |
| 22.  Fidelity Freedom Fund 2030 (FXIFX) | B | Int./Div. | M | T | | | | | |
| 23.  Fidelity 500 Index (FXAIX) | A | Int./Div. | M | T | | | | | |
| 24.  Fidelity 4 in 1 Fund (FFNOX) | C | Int./Div. | M | T | | | | | |
| 25.  IRA #4 (H) | | | | | | | | | |
| 26.  Fidelity Blue Chip Growth Fund (FCNTX) | D | Int./Div. | M | T | | | | | |
| 27.  Fidelity Contrafund (FBGRX) | D | Int./Div. | L | T | | | | | |
| 28.  529 Plan #1 (H) | | | | | | | | | |
| 29.  Fidelity NH Total Market Index | C | Int./Div. | M | T | | | | | |
| 30.  Fidelity NH Int'l Index | B | Int./Div. | K | T | | | | | |
| 31.  Fidelity NH College Portfolio | A | Int./Div. | J | T | | | | | |
| 32.  529 Plan #2 (H) | | | | | | | | | |
| 33.  NH Conservative Fidelity Index | D | Int./Div. | K | T | | | | | |
| 34.  NH Aggressive Growth Portfolio-Fidelity | D | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Variable Annuity (subfunds are all Fidelity VIP subfunds) (H) | | | | | | | | | |
| 36. High Income (9287) | B | Int./Div. | K | T | | | | | |
| 37. Equity-Income (9288) | C | Int./Div. | M | T | | | | | |
| 38. Inv. Grade Bond (9290) | D | Int./Div. | L | T | | | | | |
| 39. Index 500 (9291) | E | Dividend | M | T | | | | | |
| 40. Contrafund (9292) | D | Dividend | K | T | | | | | |
| 41. Asset Manager Growth (9293) | D | Dividend | L | T | | | | | |
| 42. Balanced (9296) | F | Int./Div. | M | T | | | | | |
| 43. Strategic Income (9302) | D | Interest | M | T | | | | | |
| 44. Health Care (9310) | D | Dividend | M | T | | | | | |
| 45. Overseas (9314) | D | Dividend | L | T | | | | | |
| 46. Investor Freedom 2025 (9321) | E | Int./Div. | N | T | | | | | |
| 47. Materials (9333) | D | Dividend | L | T | | | | | |
| 48. 529 Plan #3 (H) | | | | | | | | | |
| 49. Vanguard Institutional Index Fund | C | Dividend | L | T | | | | | |
| 50. 529 Plan #4 (H) | | | | | | | | | |
| 51. College Savings Iowa Moderate Growth Age Based Portfolio | C | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | College Savings Iowa Bond Index Portfolio | B | Interest | L | T | | | | | |
| 53. | 529 Plan #5 American Plans Balanced Fund-529 | D | Int./Div. | L | T | Sold (part) | 02/13/20 | J | A | |
| 54. | 529 Plan #6 (H) | | | | | | | | | |
| 55. | Fla. Prepaid Multi-Manager Growth Portfolio | E | Int./Div. | M | T | Sold (part) | 03/31/20 | J | A | |
| 56. | Fla. Prepaid Core Plus Fixed Income Fund | C | Int./Div. | K | T | Sold (part) | 03/31/20 | J | A | |
| 57. | 529 Plan #7 (H) | | | | | | | | | |
| 58. | Metwest Total Return Bond D Fund | B | Interest | K | T | | | | | |
| 59. | Vanguard Total Bond Mkt Index D Fund | A | Int./Div. | J | T | | | | | |
| 60. | T Rowe Price Large Cap Growth D Fund | E | Dividend | M | T | | | | | |
| 61. | 529 Plan #8 (H) | | | | | | | | | |
| 62. | Scholarshare 529 Passive Age 18+ Portfolio 2944 | C | Int./Div. | L | T | | | | | |
| 63. | Scholarshare 529 Passive Diversified Equity Portfolio 2945 | E | Dividend | M | T | | | | | |
| 64. | Scholarshare Index Bond Portfolio 2950 | B | Interest | K | T | | | | | |
| 65. | Brokerage Account #1 (H) | | | | | | | | | |
| 66. | Vanguard Tax Managed Balanced Fund (VTMFX) | D | Int./Div. | N | T | | | | | |
| 67. | Vanguard Target Retirement 2025 (VTTVX) | E | Int./Div. | O | T | | | | | |
| 68. | Vanguard FTSE Emerging Markets ETF (VWO) | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Total Stock Market ETF (VTI) | A | Dividend | L | T | | | | | |
| 70. Vanguard Utilities ETF (VPU) | B | Dividend | K | T | | | | | |
| 71. Galveston,Tx. 0% bond cusip 36410u97 | | None | J | T | | | | | |
| 72. Boeing common stock | | None | K | T | | | | | |
| 73. Washington State 0% bond cusip 93974AMS0 | | None | K | T | | | | | |
| 74. Port Houston, Tx. 0% bond cusip 7342603D2 | | None | K | T | | | | | |
| 75. Miami Dade Aviation Auth. bond cusip 5933PZE1 | B | Interest | K | T | | | | | |
| 76. Mobile County, Al. bond cusip 607293BA4 | A | Interest | K | T | | | | | |
| 77. Etowah, Ga. bond cusip 297860BN7 | | None | | | Redeemed | 03/02/20 | K | A | |
| 78. Brokerage Account #2 (H) | | | | | | | | | |
| 79. Dodge & Cox Balanced Fund (DODBX) | E | Int./Div. | O | T | | | | | |
| 80. Dodge & Cox /Stock Fund (DODGX) | D | Dividend | M | T | | | | | |
| 81. I Shares Moderate ETF (AOM) | D | Int./Div. | N | T | | | | | |
| 82. I Shares Short Treasury ETF (SHV) | A | Interest | K | T | | | | | |
| 83. Select SPDR Energy ETF (XLE) | A | Dividend | K | T | | | | | |
| 84. I Shares TIPS ETF (TIP) | A | Interest | L | T | | | | | |
| 85. SPDR 500 ETF (SPY) | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR Int'l Gov't Inflation Protected ETF (WIP) | B | Interest | K | T | | | | | |
| 87. Vanguard Int'l Equity World ex US (VEU) | C | Dividend | M | T | | | | | |
| 88. Vanguard Malvern Short-Term Inflation Protected ETF | B | Interest | L | T | | | | | |
| 89. Vanguard Scottsdale Short-Term Bond (VCSH) | B | Interest | L | T | | | | | |
| 90. Vanguard World Materials ETF (VAW) | B | Dividend | L | T | | | | | |
| 91. Abbott Labs common stock (ABT) | A | Dividend | K | T | | | | | |
| 92. Abbvie common stock (ABBV) | C | Dividend | L | T | | | | | |
| 93. Astrazeneca common stock (AZN) | B | Dividend | L | T | | | | | |
| 94. Avanos Medical common stock (AVNS) | A | Int./Div. | J | T | | | | | |
| 95. Chevron common stock (CVX) | C | Dividend | K | T | | | | | |
| 96. IBM common stock (IBM) | A | Dividend | J | T | | | | | |
| 97. Kimberly Clark common stock (KMB) | B | Dividend | K | T | | | | | |
| 98. Plains All American Pipeline Ltd. Ptship units (PAA) | B | Distribution | K | T | | | | | |
| 99. Royal Dutch Shell common stock (RDS.A) | B | Dividend | K | T | | | | | |
| 100. Total common stock ADR (TOT) | A | Dividend | J | T | | | | | |
| 101. T. Rowe Price Science & Technology Mutual Fund | C | Dividend | K | T | Buy (add'l) | 01/03/20 | J | | |
| 102. T. Rowe Price Gov't Money Fund | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. I Shares Int'l Index (EFA) | A | Dividend | J | T | | | | | |
| 104. Vanguard Int' Index ETF (VEU) | A | Dividend | J | T | | | | | |
| 105. 3M common stock (MMM) | A | Dividend | J | T | | | | | |
| 106. Southern Co. common stock (SO) | B | Dividend | L | T | | | | | |
| 107. IRA #5 (H) | | | | | | | | | |
| 108. T. Rowe Price Retirement 2040 Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/30/20 | J | | |
| 109. Apple common stock (AAPL) | A | Dividend | K | T | | | | | |
| 110. Disney common stock (DIS) | A | Dividend | K | T | | | | | |
| 111. Vanguard Short-Term Bond Index ETF (BSV) | A | Interest | J | T | | | | | |
| 112. Vanguard Total Market ETF (VTI) | A | Dividend | K | T | | | | | |
| 113. Vanguard Int'l Equity Word Stock ETF (VT) | A | Dividend | L | T | | | | | |
| 114. Vanguard Scottsdale Intermediate Corp. Bond Fund ETF (VCIT) | A | Interest | J | T | | | | | |
| 115. Vanguard Whitehall High Dividend ETF (VYM) | A | Dividend | K | T | | | | | |
| 116. TransAmerica Variable Annuity (formerly Vanguard) (H) | | | | | | | | | |
| 117. All subfunds (118-129) in this annuity are Vanguard funds (H) | | | | | | | | | |
| 118. ST Investment Grade Bond | D | Interest | M | T | | | | | |
| 119. Total Bond Mkt Index | C | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  High Yield Bond | A | Interest | K | T | | | | | |
| 121.  Balanced | E | Int./Div. | M | T | | | | | |
| 122.  Total Stock Mkt Index | C | Dividend | K | T | | | | | |
| 123.  Equity Index | E | Dividend | M | T | | | | | |
| 124.  Equity Income | B | Int./Div. | L | T | | | | | |
| 125.  Diversified Value | D | Dividend | K | T | | | | | |
| 126.  Growth | E | Dividend | M | T | | | | | |
| 127.  Mid-Cap Index | B | Dividend | L | T | | | | | |
| 128.  Small Co. Growth | D | Dividend | M | T | | | | | |
| 129.  International | F | Dividend | L | T | | | | | |
| 130.  Optum HSA #1 (H) | | | | | | | | | |
| 131.  Vanguard Wellington-A Fund | B | Dividend | L | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 132.  Optum HSA #2 (H) | | | | | | | | | |
| 133.  Vanguard Wellington-A Fund | B | Dividend | L | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 134.  Vanguard 500 Index-A Fund | A | Dividend | K | T | | | | | |
| 135.  Vanguard Global Equity Fund | A | Dividend | J | T | | | | | |
| 136.  IRA #6 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Microsoft Note cusip 594918AD6 | A | Interest | K | T | | | | | |
| 138.  I Shares Moderate ETF (AOM) | A | Int./Div. | K | T | | | | | |
| 139.  I Shares TIPS Bond ETF (TIP) | A | Interest | J | T | | | | | |
| 140.  Schwab Int'l Fund ETF (SCHF) | A | Dividend | K | T | | | | | |
| 141.  Schwab Broad Market US ETF (SCHB) | B | Dividend | L | T | | | | | |
| 142.  Schwab US Dividend Fund ETF (SCHD) | A | Dividend | K | T | | | | | |
| 143.  Annaly Capital Mgt shares (NLY) | A | Interest | J | T | | | | | |
| 144.  IRA #7 (H) | | | | | | | | | |
| 145.  Kraft Heinz common stock (KHC) | A | Dividend | J | T | | | | | |
| 146.  Mondelez Int'l common stock (MDLZ) | A | Dividend | J | T | | | | | |
| 147.  Southern Co. common stock (SO) | A | Dividend | K | T | | | | | |
| 148.  Schwab US Dividend Fund ETF (SCHD) | A | Dividend | J | T | | | | | |
| 149.  SPDR Int'l Inflation Protection ETF (WIP) | A | Dividend | J | T | | | | | |
| 150.  Vanguard Total Stock Fund ETF (VTI) | A | Dividend | L | T | | | | | |
| 151.  IRA #8 (H) | | | | | | | | | |
| 152.  IBM common stock (IBM) | B | Dividend | K | T | | | | | |
| 153.  Proctor & Gamble common stock (PG) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  I Shares Inv. Grade Corp. Bond ETF (USIG) | B | Interest | L | T | | | | | |
| 155.  I Shares Core US Aggregate Bond ETF (AGG) | A | Interest | L | T | | | | | |
| 156.  I Shares Int'l ETF (EFA) | A | Dividend | J | T | | | | | |
| 157.  I Shares Russell 3000 ETF (IWV) | C | Int./Div. | M | T | | | | | |
| 158.  Schwab Int'l ETF (SCHF) | A | Dividend | J | T | | | | | |
| 159.  Schwab US Small Cap ETF (SCHA) | B | Dividend | M | T | | | | | |
| 160.  SPDR Dow Jones Average ETF (DIA) | B | Dividend | K | T | | | | | |
| 161.  Vanguard FTSE All World Stock ETF (VEU) | C | Dividend | L | T | | | | | |
| 162.  Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 163.  Vanguard Total Stock ETF (VTI) | C | Dividend | N | T | | | | | |
| 164.  Dodge & Cox Balanced Fund (DODBX) | B | Int./Div. | L | T | | | | | |
| 165.  Brokerage Account #3 (H) | | | | | | | | | |
| 166.  American Electric Power common stock (AEP) | A | Dividend | J | T | | | | | |
| 167.  Intel common stock (INTC) | A | Dividend | K | T | | | | | |
| 168.  Southern Co. common stock (SO) | A | Dividend | K | T | | | | | |
| 169.  Verizon common stock (VZ) | A | Dividend | J | T | | | | | |
| 170.  General Electric common stock (GE) | A | Dividend | | | Sold | 10/01/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Exxon Mobil common stock (XOM) | A | Dividend | | | Sold | 07/20/20 | J | B | |
| 172.  Pepsico common stock (PEP) | A | Dividend | | | Sold | 07/22/20 | K | D | |
| 173.  I Shares Select Dividend ETF (DVY) | A | Dividend | | | Sold | 07/08/20 | J | B | |
| 174.  Brokerage Account #4 (H) | | | | | | | | | |
| 175.  Charles Schwab sweep cash account | A | Interest | J | T | | | | | |
| 176.  Atmos Energy common stock (ATO) | A | Dividend | J | T | | | | | |
| 177.  Exxon Mobil common stock (XOM) | A | Dividend | J | T | | | | | |
| 178.  Intel common stock (INTC) | A | Dividend | J | T | | | | | |
| 179.  Procter & Gamble common stock (PG) | A | Dividend | K | T | | | | | |
| 180.  Southern Co. common stock (SO) | B | Dividend | K | T | | | | | |
| 181.  Verizon common stock (VZ) | A | Dividend | J | T | | | | | |
| 182.  I Shares Select Dividend ETF (DVY) | A | Dividend | K | T | | | | | |
| 183.  Schwab US Broad Mkt. ETF (SCHB) | A | Dividend | J | T | Buy (add'l) | 03/03/20 | J | | |
| 184.  Vanguard Total Stock Mkt ETF (VTI) | A | Dividend | K | T | | | | | |
| 185.  General Electric common stock (GE) | A | Dividend | | | Sold | 10/01/20 | J | | |
| 186.  Brokerage Account #5 (H) | | | | | | | | | |
| 187.  Exxon Mobil common stock (XOM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Pepsico common stock (PEP) | B | Dividend | K | T | | | | | |
| 189. Pfizer common stock (PFE) | A | Dividend | J | T | | | | | |
| 190. Southern Co. common stock (SO) | A | Dividend | J | T | | | | | |
| 191. I Shares Int'l ETF (EFA) | B | Dividend | J | T | | | | | |
| 192. I Shares Select Divdent ETF (DVY) | A | Dividend | J | T | | | | | |
| 193. Schwab U.S. Broad Market ETF (SCHB) | A | Dividend | J | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 194. Schwab US Small Cap ETF (SCHA) | A | Dividend | J | T | | | | | |
| 195. Vanguard Information Tech ETF (VGT) | A | Dividend | K | T | | | | | |
| 196. Vanguard Total Stock ETF (VTI) | B | Dividend | L | T | | | | | |
| 197. General Electric Common stock (GE) | A | Dividend | | | Sold | 10/01/20 | J | | |
| 198. SPDR 500 Index ETF (SPY) | A | Dividend | | | Merged<br>(with line 200) | 10/06/20 | J | | |
| 199. Brokerage Account #6 (H) | | | | | | | | | |
| 200. SPDR 500 Index ETF (SPY) | A | Dividend | J | T | Open | 10/06/20 | J | | |
| 201. Brokerage Account #7 (H) | | | | | | | | | |
| 202. Pepsico common stock (PEP) | | None | J | T | Buy | 12/22/20 | J | | |
| 203. Qualcomm common stock (QCOM) | | None | J | T | Buy | 12/22/20 | J | | |
| 204. Twilio common stock (TWLO) | | None | J | T | Buy | 12/22/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Brokerage Account #8 (H) | | | | | | | | | |
| 206. I Shares Global Clean Energy ETF (ICLN) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 207. Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 208. Brokerage Account #9 (H) | | | | | | | | | |
| 209. Schwab cash sweep account | A | Interest | J | T | | | | | |
| 210. U.S. Treasury STRIP 0% bond, cusip 9128337T1 | | None | K | T | | | | | |
| 211. Halliburton Corp. bond | B | Interest | K | T | | | | | |
| 212. Tarrant County, Tx. bond cusip 876443HJ4 | B | Interest | K | T | | | | | |
| 213. Palo Alto, Ca. 0% bond, cusip 697379TH8 | | None | K | T | | | | | |
| 214. N.C. Turnpike 0% bond, cusip 65830RAL3 | | None | K | T | | | | | |
| 215. Jefferson, Ca. 0% bond, cusip 472466YM7 | | None | L | T | | | | | |
| 216. Lamont, Ca. 0% bond, cusip 513608BJ7 | | None | K | T | | | | | |
| 217. Rio Grande, Tx. bond, cusip 767057PA4 | A | Interest | K | T | | | | | |
| 218. Florida Public Ed. bond, cusip 34153PXD5 | A | Interest | | | Redeemed | 06/02/20 | K | A | |
| 219. America Electric Power common stock (AEP) | B | Dividend | K | T | | | | | |
| 220. Apple common stock (AAPL) | D | Dividend | M | T | | | | | |
| 221. Procter & Gamble common stock (PG) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Schwab Int'l Equity ETF (SCHF) | B | Dividend | | | Sold | 09/08/20 | L | A | |
| 223.  Schwab US Broad Mkt ETF (SCHB) | A | Dividend | K | T | | | | | |
| 224.  Schwab US Dividend ETF (SCHD) | B | Dividend | K | T | | | | | |
| 225.  Vanguard Growth ETF (VUG) | A | Dividend | L | T | | | | | |
| 226.  Vanguard High Dividend Yield ETF (VYM) | C | Dividend | L | T | | | | | |
| 227.  Brokerage Account #10 (H) | | | | | | | | | |
| 228.  American Electric common stock (AEP) | C | Dividend | | | Sold | 05/26/20 | K | D | |
| 229.  Chevron common stock (CVX) | A | Dividend | | | Sold | 05/29/20 | K | D | |
| 230.  Sirius common stock (SIRI) | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 231.  Exxon common stock (XOM) | A | Dividend | | | Sold | 06/09/20 | J | A | |
| 232.  General Electric common stock (GE) | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 233.  Illinois Tool Words common stock (ITW) | A | Dividend | | | Sold | 05/26/20 | K | E | |
| 234.  Intel common stock (INTC) | A | Dividend | | | Sold | 05/26/20 | J | C | |
| 235.  I-Shares Dividend ETF (DVY) | A | Dividend | | | Sold | 05/26/20 | J | B | |
| 236.  Southern Company common stock (SO) | A | Dividend | | | Sold | 05/26/20 | K | D | |
| 237. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 04/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William F. Jung**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544